**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Jesus SIMENTAL, Defendant–Appellant.**

**No. 96–50458.**

**D.C. No. CR–95–00123–LHM.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 9, 2002.[*]

Decided Sept. 16, 2002.

Before HUG, O'SCANNLAIN and TASHIMA, Circuit Judges.

MEMORANDUM [**]

Jesus Simental appeals his conviction and 78–month sentence following a jury

---

[*] The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

trial for conspiracy, distribution, and possession with intent to distribute heroin, in violation of 21 U.S.C. §§ 841(a)(1), 846, and 18 U.S.C. § 2.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Simental has filed a brief stating that there are no arguable issues for review, and a motion to withdraw as counsel of record. Defendant has not filed a supplemental pro se brief.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988) discloses no issues for review. Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is

**AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.